IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| ANTONIO JOHNSON, | ) | |
|---|---|---|
| Petitioner, | ) | |
| v. | ) | No. 3:17-CV-720-G (BT) |
| LORIE DAVIS, Director, TDCJ-CID, | ) | |
| Respondent. | ) | |

## ORDER

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. No objections were filed. The district court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the court **ACCEPTS** the findings, conclusions and recommendation of the United States Magistrate Judge.

SO ORDERED.

March 1, 2018.

_____
**A. JOE FISH**
**Senior United States District Judge**